UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE EUROPE LIMITED, a/s/o REMEDY BAR GROUP, LLC, d/b/a UPTOWN RESTAURANT & LOUNGE,<br>　　　　　　　　　　　Plaintiff,<br><br>-v-<br><br>BETH RANNEY and PAUL SAXTON,<br>　　　　　　　　　　　Defendants. | 18-CV-7591 (JPO) |
| FIREMAN'S FUND INSURANCE COMPANY, a/s/o STEELY PROPERTIES LLC *and other insureds under the policy of insurance*,<br>　　　　　　　　　　　Plaintiff,<br><br>-v-<br><br>BETH RANNEY and PAUL SAXTON,<br>　　　　　　　　　　　Defendants. | 18-CV-12208 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

Both of the above-captioned actions were stayed by the Court's order dated April 3, 2019. (No. 18 Civ. 7591, Dkt. No. 42; No. 18 Civ. 12208, Dkt. No. 19.) On August 16, 2019, Defendants requested that the cases remain stayed until 120 days after July 18, 2019. (No. 18 Civ. 7591, Dkt. No. 43; No. 18 Civ. 12208, Dkt. No. 20.) That period has now elapsed. The parties are therefore directed to submit a joint statute update on or before December 2, 2019.

　　　SO ORDERED.

Dated: November 18, 2019
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge